UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COIL,<br><br>   Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>   Defendants. | Case No.: 2:24-cv-00016-CDS-DJA<br><br>**ORDER**<br><br>**(ECF No. 8)** |

On March 15, 2024, this Court ordered Plaintiff David Coil to either pay the full $405 filing fee or complete his application to proceed *in forma pauperis* ("IFP") by filing a financial certificate and an inmate trust fund account statement for the previous six-month period by May 15, 2024. (ECF No. 7). Three days later, Plaintiff filed a "Motion to Accept Financial Certificates for Informa Pauperis" together with a completed financial certificate and the final page of his trust fund account statement. (ECF Nos. 8, 8-1). Plaintiff asks the Court to consider his IFP application to be complete, arguing that he did not receive the financial documents from prison officials until March 13, 2024. (ECF No. 8 at 1).

Good cause appearing, it is hereby ordered that Plaintiff's motion to deem his application to proceed *in forma pauperis* complete (ECF No. 8) is granted. The Court construes the first three pages of Plaintiff's application (ECF No. 3) together with his financial documents (ECF No. 8-1), to be a complete application to proceed *in forma pauperis*.

It is further ordered that a decision on Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 3, 8-1) is deferred.

Plaintiff is advised that the Court will screen his Complaint (ECF No. 1-1) in the ordinary course, and the screening process might take several months.

DATED this 20th day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE